**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JENNY JUDITH MEZA MARTINEZ, et al.,

Petitioners,

v.

JAMES JANECKA, et al.,

Respondents.

Case No. 5:25-cv-02787-CV-PD

**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Report and Recommendation of United States Magistrate Judge ("the Report"). No objections to the Report have been filed. The Court accepts the Magistrate Judge's Report and adopts it as its own findings and conclusions.

Accordingly, as to Jenny Judith Meza Martinez and Manolo Arbizu Brenes: the Petition is dismissed without prejudice as moot.

As to Enma de Maria Martinez Garcia: the Petition is granted based on Count Two under procedural due process and the remaining counts are dismissed without prejudice.

The Court ORDERS the following:

Enma de Maria Martinez Garcia (A# 206-642-084) shall be released on the conditions that existed before she was re-detained on September 16, 2025.

Respondents are enjoined and restrained from re-detaining Enma de Maria Martinez Garcia without notice and a pre-detention hearing.

DATED: 10/19/26

Cynthia Valenzuela

HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE