JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JENNY JUDITH MEZA MARTINEZ, et al.,

Petitioners,

v.

JAMES JANECKA, et al.,

Respondents.

Case No. 5:25-cv-02787-CV-PD

**JUDGMENT**

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed without prejudice as moot as to Jenny Judith Meza Martinez and Manolo Arbizu Brenes. As to Enma de Maria Martinez Garcia, the Petition is granted based on Count Two under procedural due process and the remaining counts are dismissed without prejudice. The Clerk of the Court is directed to Close this case.

DATED: 10/19/26

Cynthia Valenzuela

HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE